UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANCE LANCE COX,<br><br>        Petitioner,<br><br>    v.<br><br>MIKE OBENLAND,<br><br>        Respondent. | CASE NO. C14-5613 BHS-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR:<br>SEPTEMBER 19, 2014 |

      The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

      Petitioner filed a motion to proceed in forma pauperis using the wrong form (Dkt. 1). The Clerk's Office sent petitioner a deficiency letter (Dkt. 2). Petitioner paid the five dollar filing fee and the Court has ordered service of the petition (Dkt. 4).

1  Petitioner's motion to proceed in forma pauperis is still on the Court's calendar. The
2  Court recommends denial of petitioner's motion because petitioner has paid the full five dollar
3  filing fee.
4  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
5  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
6  6. Failure to file objections will result in a waiver of those objections for purposes of de novo
7  review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
8  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on
9  September 19, 2014, as noted in the caption.
10  Dated this 2nd day of September, 2014.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2