# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RANCE LANCE COX,

    Petitioner,

v.

MIKE OBENLAND,

    Respondent.

CASE NO. C14-5613 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 6). The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Petitioner's application to proceed *in forma pauperis* is **DENIED** because he has paid the full filing fee.

Dated this 30th day of September, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER