UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANCE LANCE COX,

        Petitioner,

   v.

MIKE OBENLAND,

        Respondent.

CASE NO. C14-5613BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    The Court dismisses this petition as Petitioner filed his action over seven years after time allowed by statute. *See* 28 U.S.C. § 2244(d). The Court will not issue a certificate of appealability; and

(3)    This case is closed.

Dated this 6th day of March, 2015.

                                BENJAMIN H. SETTLE
                                United States District Judge